IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–25–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| COLETTE HADLEY, | |
| Defendant. | |

Before the Court is Defendant Colette Hadley's ("Hadley") Unopposed Motion to Enlarge Time for Pretrial Motions. (Doc. 15.) The motions deadline in this matter is currently set for December 30, 2019. (Doc. 14.) Hadley remains in custody in Pennsylvania, and as such, has had no opportunity to review discovery with her attorney and discuss possible motions. (Doc. 15 at 2.) Hadley represents that the Government does not object to an extension. (*Id.* at 3.) Although Hadley states that the "Court's schedule will be disrupted" if it grants her motion (*id.* at 2), she does not indicate that any deadline other than the motions deadline needs to be extended to adequately prepare for trial.

Accordingly, with good cause shown to support it and absent objection from the Government, IT IS ORDERED that the motion (Doc. 15) is GRANTED. To that end, IT IS FURTHER ORDERED that the motions deadline set for December

1

30, 2019 is VACATED and RESET for January 6, 2020. The Court's Scheduling Order issued on December 11, 2019 (Doc. 14) otherwise remains in full force and effect.

DATED this 30th day of December, 2019.

Dana L. Christensen, Chief District Judge
United States District Court