IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLETTE HADLEY,<br><br>Defendant. | CR 19–25–BU–DLC<br><br><br><br>ORDER |

Pursuant to this Court's Order (Doc. 45), Defendant Collette Hadley timely moves to hold her sentencing hearing in person (Doc. 49).

Accordingly, IT IS ORDERED that the motion (Doc. 49) is GRANTED. IT IS FURTHER ORDERED that the United States Marshals Service shall ensure that Hadley is made available to meet with her attorney at the courthouse 30 minutes before the time set for sentencing. The Clerk of Court is directed to notify counsel and the United States Marshals Service of the making of this Order. The Court's Order entered May 13, 2020 (Doc. 45) otherwise remains in full force and effect.

DATED this 19th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court